AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| Carolyn Martin | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 24-cv-20823 |
| HCA-IT&S Field Operations, Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

HCA-IT&S Field Operations, Inc.

Date: 03/25/2024

/s/ Alexander D. del Russo
*Attorney's signature*

Alexander D. del Russo - FBN: 250273
*Printed name and bar number*

Carlton Fields, P.A.
525 Okeechobee Boulevard
Suite 1200
West Palm Beach, FL 33401
*Address*

adelrusso@carltonfields.com
*E-mail address*

(561) 659-7070
*Telephone number*

(561) 659-7368
*FAX number*