AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Carolyn Martin | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 24-cv-20823 |
| HCA-IT&S Field Operations, Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

HCA-IT&S Field Operations, Inc.

Date: 03/25/2024

/s/ Jennifer A. Yasko
*Attorney's signature*

Jennifer A. Yasko - FBN: 109604
*Printed name and bar number*

Carlton Fields, P.A.
525 Okeechobee Boulevard
Suite 1200
West Palm Beach, FL 33401
*Address*

jyasko@carltonfields.com
*E-mail address*

(561) 659-7070
*Telephone number*

(561) 659-7368
*FAX number*